[No. 7725-0-III. Division Three. January 7, 1988.]

KWIK–LOK CORPORATION, *Respondent,* v. ROBERT F. PULSE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-2-00269-3, Ted Kolbaba, J., entered March 17, 1986. *Affirmed in part* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[Nos. 10454-7-II; 10455-5-II. Division Two. January 7, 1988.]

*In the Matter of the Welfare of* B.C., ET AL.

Appeals from judgments of the Superior Court for Lewis County, Nos. 83-7-00047-1, 83-7-00048-0, 83-7-00049-8, James B. Gober, J. Pro Tem., entered October 10, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10485-7-II. Division Two. January 7, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY T. GALBREATH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88959R120, Donald H. Thompson, J., entered September 25, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9582-3-II. Division Two. January 7, 1988.]

DAVID HARRIS, ET AL, *Appellants,* v. DOROTHY RITCHIE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-06669-1, Waldo F. Stone, J., entered February 21, 1986. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.